United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| **OUT OF DISTRICT MAIN CASE,** | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| **P.C.F. PROPERTIES IN TX, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3216 |
| | § | |
| **JAMES MICHAEL ANDERSEN, *et al.*,** | § | |
| | § | |
| Defendants. | § | |

## SHOW CAUSE ORDER

A show cause hearing is scheduled for November 5, 2024 at 9:00 am in Courtroom 400, 515 Rusk, Houston, TX 77002. Parties to the case are required to appear in person to show cause as to why this case should not be remanded to Texas State Court in view of the previous remand order issued in case 24-8005 ECF No. 26 on September 10, 2024.  Any response to this order shall be filed no later than November 1, 2024 at 4:00 pm.

SIGNED 10/21/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge