**UNITED STATES DISTRICT COURT**
**SOUTHERN OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re. P.C.F. Properties in TX, LLC<br>*Plaintiff*<br><br>vs<br><br>James M. Andersen, Elizabeth Thomas<br>Jasmine B .Jarbis, Jireh Pitts, and<br>Monique Moore Shelvy Spires<br>*Defendants* | 4-24-cv-03875<br><br>MISC. DOCKET NO. 2020-35780<br><br>Removed from: 80th District Court<br>Harris County, Texas |

**ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE(Docket No. ___)**

Came on for consideration James M. Andersen Motion to Withdraw the Reference ("Motion") and after consideration of the Motion, response, and arguments of counsel, if any, finds that cause exists to grant the motion. It is therefore, ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and Adversary No 4-24-cv-03875 shall be assigned to the United States District Court for the Southern District of Texas, Houston Division for further proceedings and trial.

Signed this _____ day of _____, 2024.

_____
United States District Judge