UNITED STATES BANKRUPCTY COURT
SOUTHERN OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re. P.C.F. Properties in TX, LLC<br>*Plaintiff*<br><br>vs<br><br>James M. Andersen, Elizabeth Thomas<br>Jasmine B .Jarbis, Jireh Pitts, and<br>Monique Moore Shelvy Spires<br>*Defendants* | 24-ap-03216<br><br>MISC. DOCKET NO. 2020-35780<br><br>Removed from: 80th District Court<br>Harris County, Texas |

## MOTION FOR A CONTINUANCE

Comes Now, Elizabeth Thomas (the "Plaintiffs") and files this Emergency Motion to Continue, I have just been notified of Show Cause Hearing set for November 5, 2024, and this notice was not served on any of the pro, se parties. I don't receive electronic service, this continuance s for good cause shows the court as follows:

On October 9, 2024, I was diagnosed by my doctor with a condition that requires surgery. I am scheduled for said surgery on October 17, 2024 with a pending release date of October 31, 2024, providing that there are no complications. On October 30, 2024, while at my follow-up appointment I was admitted back into the hospital due to complications until November 13, 2024. As such I am will not be able to appear at the hearing scheduled for November 5, 2024,  and seek that said hearing be continued for the reasons stated above. In

support thereof I have filed under seal a copy of the doctor's letter placing me on a Medical until November 13, 2024.

                                                      Respectfully submitted,

                                        By Permission /s/Elizabeth Thomas
                                              Elizabeth Thomas Pro, Se
                                              712 H Street NE #2487
                                              Washington DC 20002
                                              elizthomas234@gmail.con

## CERTIFICATE OF CONFERENCE

On November 1, 2024, I served a copy of this Motion via e-mail upon **John Burger** <john@barryandsewart.com>

/s/Elizabeth Thomas

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2024, a copy of the foregoing document was served EFC- Service System or E-mail and U. S. Mail, postage prepaid upon all counsel of record.

                                                      /s/Elizabeth Thomas