United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | CASE NO: 99-99999 |
| OUT OF DISTRICT MAIN CASE, | | CHAPTER 7 |
| Debtor. | | |
| P.C.F. PROPERTIES IN TX, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | ADVERSARY NO. 24-3216 |
| JAMES MICHAEL ANDERSEN, *et al.*, | | |
| Defendants. | | |

## AMENDED ORDER TO SHOW CAUSE

On October 21, 2024, the Court entered a Show Cause Order (ECF #6) scheduling a show cause hearing for November 5, 2024, at 9:00 am in Courtroom 400, 515 Rusk, Houston, TX 77002. Parties to the case are required to appear in person to show cause as to why this case should not be remanded to Texas State Court in view of the previous remand order issued in case 24-8005 ECF No. 26 on September 10, 2024 and to file any response any November1, 2024.

Rather than file a response to the Show Cause Order, Defendant Andersen filed a Motion to Withdraw the Reference and to Stay Proceedings (ECF #10) and Defendant Thomas filed a Motion for Continuance (ECF #11). The Court hereby amends the initial show cause order (ECF #6) and excuses Defendant Thomas from appearing at the show cause hearing.

SIGNED 11/04/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge