United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXES
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 99-99999 |
| **OUT OF DISTRICT MAIN CASE,** | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| **P.C.F. PROPERTIES IN TX, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3216 |
| | § | |
| **JAMES MICHAEL ANDERSEN,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## CONSENT ORDER STRIKING THE NOTICE OF REMOVAL AND REMANDING THE CASE TO TEXAS STATE COURT

On October 10, 2024, Defendant, James M. Andersen (herein after "Defendant Andersen"), filed a Notice of Removal (ECF #1) which Defendant Andersen described as Civil Action 2020-35780 and Misc. Docket 2020-35780 removed from the 80th District Court, Harris County, Texas.  On October 15, 2024, Defendant Andersen filed an Amended Notice of Removal (ECF #2).  By Show Cause Order (ECF #6), on October 21, 2024, the Court set a hearing for November 5, 2024 requiring Defendant Andersen to appear and show cause as to why this adversary proceeding should not be remanded to Texas State Court in view of the previous remand order issued on September 10, 2024 in Adversary Proceeding No. 24-8005 (ECF #26) remanding the same matters back to Texas State Court.

At the hearing on the matter, Defendant Andersen consented to the removal in this case being struck and the matter being remanded to Texas State Court.  Therefore, it is hereby,

ORDERED that, with the consent of Defendant Andersen, the removal of the reference adversary proceeding is STRUCK, and it is further,

ORDERED that the reference adversary proceeding (No. 24-3216) is hereby REMANDED to the Texas State Courts.

SIGNED 11/05/2024

_____
Alfredo R Pérez
United States Bankruptcy Judge